UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-80072-CR-MARRA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROSE MARKS, et al,

      Defendants.

_____/

## ORDER ON REQUEST FOR ACCESS TO TRIAL EXHIBITS

THIS CAUSE is before the Court upon a Request for Access to Audio Exhibits filed by

Luis Felipe Gomm Santos of MA Productions **[DE 1251].**   This Court having reviewed the

pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that Mr. Santos' request is DENIED.  The Clerk's Office

does not have the requested exhibits.  Upon completion of the trial on September 26, 2013, all

exhibits were returned to the parties. *See* DE 1014 and 1015.  The Court cannot provide Mr.

Santos with what it does not have.

DONE AND ORDERED in West Palm Beach, Florida this 27th day of July, 2023.


KENNETH A. MARRA
United States District Judge


Copies provided to:

      All counsel